EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Carlos A. Mondríguez Rivera | 2018 TSPR 54 <br><br> 200 DPR ____ |

Número del Caso: CP-2013-01
            TS-13,502


Fecha:   9 de abril de 2018



Abogado de la peticionaria:

        Lcdo. Carlos Dávila Vélez
        Colegio de Abogados de Puerto Rico




Materia:  Reinstalación al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

                                    CP-2013-01
                                    TS-13,502

Carlos A. Mondríguez Rivera


RESOLUCIÓN

En San Juan, Puerto Rico, a 9 de abril de 2018.

Examinada la *Moción Informativa y en Solicitud de Reinstalación al Ejercicio de la Abogacía* del 26 de marzo de 2018, se reinstala al Sr. Carlos A. Mondríguez Rivera al ejercicio de la abogacía.

Se le apercibe que en el futuro deberá cumplir rigurosamente con los requisitos del Programa de Educación Jurídica Continua (PEJC).

Se reactiva la Querella Núm. CP-2013-1 y la Queja Num. AB-2014-120 que archiváramos administrativamente.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.  El Juez Asociado señor Estrella Martínez no intervino.


                                Juan Ernesto Dávila Rivera
                                Secretario del Tribunal Supremo